KAREN R. GOODMAN

Taft Stettinius & Hollister

111 East Wacker Drive

Suite 2800

Chicago, IL  60601

(312) 527-4000

Chapter 7 Trustee

The Honorable:           A BENJAMIN GOLDGAR

Chapter   7

Location:                     642

Hearing Date:             / /

Hearing Time: _____

Response Date:            / /

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: FAHEY, PATRICK B.            §    Case No. 13-32582

                                  §

                                  §

Debtor(s)                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $473,182.00                 Assets Exempt: $87,082.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $7,024.15       Claims Discharged
                                         Without Payment: $0.00

Total Expenses of Administration: $1,719.16

3) Total gross receipts of $ 11,078.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 2,334.69 (see **Exhibit 2**), yielded net receipts of $8,743.31 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,719.16 | 1,719.16 | 1,719.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 7,024.15 | 7,024.15 | 7,024.15 |
| **TOTAL DISBURSEMENTS** | $0.00 | $8,743.31 | $8,743.31 | $8,743.31 |

4)  This case was originally filed under Chapter 7 on August 15, 2013. The case was pending for 20 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __04/15/2015_____   By:  _/s/KAREN R. GOODMAN_____
Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account | 1129-000 | 1,647.88 |
| Savings Account | 1129-000 | 468.25 |
| Miscellanou household furnishings | 1129-000 | 500.00 |
| 2013 federal tax refund | 1224-000 | 6,578.00 |
| 2002 Honda CRV - 110,000 miles | 1129-000 | 1,600.00 |
| Miscellanous office equipment | 1129-000 | 283.87 |
| **TOTAL GROSS RECEIPTS** | | **$11,078.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| FAHEY, PATRICK B. | FIRST AND FINAL SURPLUS PAYMENT PER COURT ORDER DATED 01/21/2015 | 8200-002 | 2,334.69 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,334.69** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 1,624.33 | 1,624.33 | 1,624.33 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.35 | 10.35 | 10.35 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 13.89 | 13.89 | 13.89 |
| Rabobank, N.A. | 2600-000 | N/A | 16.36 | 16.36 | 16.36 |
| Rabobank, N.A. | 2600-000 | N/A | 14.23 | 14.23 | 14.23 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,719.16 | $1,719.16 | $1,719.16 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nordstrom fsb | 7100-000 | N/A | 7,013.08 | 7,013.08 | 7,013.08 |
| 1I | Nordstrom fsb | 7990-000 | N/A | 11.07 | 11.07 | 11.07 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $7,024.15 | $7,024.15 | $7,024.15 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | | |
|---|---|---|
| **Case Number:** 13-32582 | **Trustee:** (520191) KAREN R. GOODMAN | |
| **Case Name:** FAHEY, PATRICK B. | **Filed (f) or Converted (c):** 08/15/13 (f) | |
| | **§341(a) Meeting Date:** 10/01/13 | |
| **Period Ending:** 04/15/15 | **Claims Bar Date:** 03/04/14 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 1167 S. Humphrey Avenue, Oak Park IL 6<br>Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 400,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account<br>Orig. Asset Memo: Imported from Amended Doc#:<br>17 | 3,147.88 | 1,647.88 | | 1,647.88 | FA |
| 3 | Savings Account<br>Orig. Asset Memo: Imported from Amended Doc#:<br>17 | 468.25 | 468.25 | | 468.25 | FA |
| 4 | Miscellanou household furnishings<br>Value amended by Claim #5 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 5 | Miscellanou household furnishings<br>Orig. Asset Memo: Imported from Amended Doc#:<br>17 | 3,000.00 | 3,000.00 | | 500.00 | FA |
| 6 | Books<br>Orig. Asset Memo: Imported from Amended Doc#:<br>17 | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | Men's clothing, shoes and coats<br>Orig. Asset Memo: Imported from Amended Doc#:<br>17 | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Annuities - retirement<br>Orig. Asset Memo: Imported from Amended Doc#:<br>17 | 65,982.00 | 0.00 | | 0.00 | FA |
| 9 | 2013 federal tax refund<br>Orig. Asset Memo: Imported from Amended Doc#:<br>17 | 6,578.00 | 6,578.00 | | 6,578.00 | FA |
| 10 | 2002 Honda CRV - 110,000 miles<br>Orig. Asset Memo: Imported from Amended Doc#:<br>17 | 5,050.00 | 2,650.00 | | 1,600.00 | FA |
| 11 | Miscellanous office equipment<br>Orig. Asset Memo: Imported from Amended Doc#:<br>17 | 500.00 | 500.00 | | 283.87 | FA |
| **11** | **Assets**   Totals (Excluding unknown values) | **$491,926.13** | **$19,844.13** | | **$11,078.00** | **$0.00** |

Printed: 04/15/2015 02:13 PM    V.13.21

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 13-32582 | Trustee: (520191) KAREN R. GOODMAN |
| Case Name: FAHEY, PATRICK B. | Filed (f) or Converted (c): 08/15/13 (f) |
| | §341(a) Meeting Date: 10/01/13 |
| Period Ending: 04/15/15 | Claims Bar Date: 03/04/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

4/15/15: File TDR.

Await receipt of 2013 tax refund.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | December 31, 2014 | **Current Projected Date Of Final Report (TFR):** | December 19, 2014  (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-32582 | |
| **Case Name:** FAHEY, PATRICK B. | |
| | |
| **Taxpayer ID #:** **-***5609 | |
| **Period Ending:** 04/15/15 | |

| | |
|---|---|
| **Trustee:** | KAREN R. GOODMAN (520191) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******0366 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/21/14 | {9} | United States Treasury | 2013 tax refund | 1224-000 | 6,578.00 | | 6,578.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,568.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,558.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,548.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.35 | 6,537.65 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,527.65 |
| 09/11/14 | | Patrick Fahey | Sale of Non-exempt assets to Debtor pursuant to Court Order dated 8/18/14 | | 4,500.00 | | 11,027.65 |
| | {10} | | Appraised at $4,000 - 1,600.00 claimed exemption of $2,400-per court order of 08/18/14 | 1129-000 | | | 11,027.65 |
| | {2} | | Balance in account 1,647.88 $3,147.88, less wildcard exemption of $1,500-per court order of 08/18/14 | 1129-000 | | | 11,027.65 |
| | {3} | | Balance in savings 468.25 account - per court order of 08/18/14 | 1129-000 | | | 11,027.65 |
| | {5} | | $3,000 value less tax 500.00 refund exemption of $2,500  per court order of 08/18/14 | 1129-000 | | | 11,027.65 |
| | {11} | | $500 value less 283.87 negotiated  payment - per court order of 08/18/14 | 1129-000 | | | 11,027.65 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.89 | 11,013.76 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.36 | 10,997.40 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.23 | 10,983.17 |
| 01/22/15 | 101 | Karen R. Goodman | TRUSTEE COMPENSATION PER COURT ORDER DATED 1/21/2015 | 2100-000 | | 1,624.33 | 9,358.84 |
| 01/22/15 | 102 | Nordstrom fsb | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED 1/21/2015 | 7100-000 | | 7,013.08 | 2,345.76 |
| 01/22/15 | 103 | Nordstrom fsb | INTEREST ON CLAIM NO. 1 PER COURT ORDER DATED 01/21/2014 | 7990-000 | | 11.07 | 2,334.69 |
| 01/22/15 | 104 | FAHEY, PATRICK B. | FIRST AND FINAL SURPLUS PAYMENT PER COURT ORDER DATED 01/21/2015 | 8200-002 | | 2,334.69 | 0.00 |

Subtotals :  $11,078.00    $11,078.00

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Case Number: 13-32582

Case Name: FAHEY, PATRICK B.

Taxpayer ID #: **-***5609

Period Ending: 04/15/15

Trustee: KAREN R. GOODMAN (520191)

Bank Name: Rabobank, N.A.

Account: ******0366 - Checking Account

Blanket Bond: $5,000,000.00  (per case limit)

Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 11,078.00 | 11,078.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 11,078.00 | 11,078.00 | |
| | | | Less: Payments to Debtors | | | 2,334.69 | |
| | | | NET Receipts / Disbursements | | $11,078.00 | $8,743.31 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******0366 | 11,078.00 | 8,743.31 | 0.00 |
| | $11,078.00 | $8,743.31 | $0.00 |

{} Asset reference(s)